DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440

Attorney for Plaintiff:
AURORA CERVANTES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**,<br><br><br>PLAINTIFF,<br><br><br>v.<br><br>**CHAYRA SAO**, dba Donut King, and, or, **PRESSLEE KHEANG**, dba Donut King, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | **CASE NO.: 1:15-cv-00023-SAB**<br><br>**PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND ORDER THEREON** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the pretrial scheduling conference, that the court, through its tolerance, continue the scheduled pretrial scheduling conference for at least sixty (60) days, in which to give plaintiff the necessary time to finish serving defendants with process.

/ / / / /

/ / / / /

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND ORDER THEREON**

Date:  March 29th, 2015                                    Respectfully Submitted,


                                                              /s/Daniel Malakauskas
                                                              By: Daniel Malakauskas
                                                              Attorney for Plaintiff,
                                                              AURORA CERVANTES


### <u>ORDER</u>

**IT IS HEREBY ORDERED**, that Plaintiff's request for a continuance is granted.  The Mandatory Scheduling Conference presently set for Tuesday, April 7, 2015 at 9:30 a.m. is **CONTINUED to Thursday, June 11, 2015 at 3:00 p.m. in Courtroom 9 before the Hon. Stanley A. Boone**.   A Joint Scheduling Report carefully prepared and executed by all counsel/pro se parties shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference.


IT IS SO ORDERED.

Dated:   **March 31, 2015**
                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE


**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONTINUANCE AND ORDER THEREON**