1 | DANIEL MALAKAUSKAS, SBN 265903
2 | P.O. Box 7006
    Stockton, CA 95267
    Telephone: (866)790-2242
3 | Facsimile: (888)802-2440

4 | Attorney for Plaintiff:
5 | AURORA CERVANTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**, | **CASE NO.: 1:15-cv-00023-SAB** |
| PLAINTIFF, | **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |
| v. | |
| **CHAYRA SAO**, dba Donut King, and, or, **PRESSLEE KHEANG**, dba Donut King, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the pretrial scheduling conference, that the court, through its tolerance, continue the scheduled pretrial scheduling conference for at thirty sixty (30) days, in which to give plaintiff the necessary time to finish serving defendants with process.

1

Date:  June 4th, 2015                              Respectfully Submitted,


                                              /s/Daniel Malakauskas
                                              By: Daniel Malakauskas
                                              Attorney for Plaintiff,
                                              AURORA CERVANTES


**ORDER**

**IT IS HEREBY ORDERED**, that the Scheduling Conference is continued from June 11, 2015 to July 17, 2015 at 2:30 p.m. before Magistrate Judge Stanley A. Boone.


IT IS SO ORDERED.

Dated:  **June 5, 2015**                                          _____
                                                                   UNITED STATES MAGISTRATE JUDGE