1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267
   Telephone: (866)790-2242
3  Facsimile: (888)802-2440

4  Attorney for Plaintiff:
   AURORA CERVANTES

|  |  |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CHAYRA SAO**, dba Donut King, and, or, **PRESSLEE KHEANG**, dba Donut King, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-cv-00023-SAB** <br><br> **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE, DECLARATION IN SUPPORT THEREOF, AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the scheduling conference, that the court, through its tolerance, continue the scheduling conference for at thirty (30) days, in which to give plaintiff the necessary time to finish serving defendants with process.

1

**DECLARATION IN SUPPORT OF MOTION**

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

1. I am an attorney representing the plaintiff, Cynthia Hopson, in this lawsuit. I am competent to testify and am personally familiar with the facts of this case. I became personally familiar with the facts of this case either through my own personal knowledge, information my client and, or, private investigator, and, or, process server, and, or, records researcher gave me, or be reviewing the Court's case file. If called to testify, I would testify as follows:

2. On January 7th, 2015, I filed this action.

3. In, or around, late January 2015, I hired a relatively inexperienced process server to serve process. I was unsatisfied with the results.

4. In response, I asked the court for a continuance and hired a corporate process server company, ONE LEGAL.

5. On June 26th, 2015, Defendant, CHAYRA SAO, was served.

6. On July 8th, 2015, I received an email from the corporate process server company stating that the other co-defendant, PRESSLEE KHEANG had been served. I have not yet received a proof of service from the company.

7. I ask that this court grant a continuance to allow Defendants the proper time to answer. If defendants fail to answer, I will file a request for entry of default.

Date: July 13th, 2015                                    Respectfully Submitted,


/s/Daniel Malakauskas
By: Daniel Malakauskas
Attorney for Plaintiff,
AURORA CERVANTES

**ORDER**

**IT IS HEREBY ORDERED**, that the pretrial scheduling conference is continued from July 17, 2015 to August 24, 2015 at 9:45 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **July 13, 2015**

UNITED STATES MAGISTRATE JUDGE