DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440

Attorney for Plaintiff:
AURORA CERVANTES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **AURORA CERVANTES**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CHAYRA SAO**, dba Donut King, and, or, **PRESSLEE KHEANG**, dba Donut King, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-cv-00023-SAB** <br><br> **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the scheduling conference, that the court, through its tolerance, continue the scheduled scheduling conference for at least sixty (60) days, in which to give plaintiff the necessary time to re-serve the defendants with process or file a request for entry of default.

Specifically, Defendant, CHAYRA SAO, was served, on June 26th, 2015, and Defendant PRESSLEE KHEANG, was served, on July 8th, 2015.

Plaintiff has hired a certified CASp inspector.  Upon his report, Plaintiff will either file a Request for Entry of Default or an Amended Complaint and re-serve the defendants.

October 14th, 2015                                          Respectfully Submitted,


                                                            /s/Daniel Malakauskas
                                                            By: Daniel Malakauskas
                                                            Attorney for Plaintiff,
                                                            AURORA CERVANTES

**ORDER**

**IT IS HEREBY ORDERED**, that the scheduling conference is continued from October 19th, 2015 until January 11, 2016 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 14, 2015**

                                                            UNITED STATES MAGISTRATE JUDGE

2